UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

ROBERT S. POWERS                              Civil No. 02-516 (JRT/SRN)

                    Plaintiff,

v.                                            **ORDER OF DISMISSAL**

CARGILL INCORPORATED, et al.,

                    Defendants.

---

Patrick J. Neaton, NEATON PUKLICH & KLASSEN, 601 Carlson Parkway, Suite 620, Minnetonka, MN 55305, for plaintiff.

Laurie A. Knocke, GRAY PLANT MOOTY MOOTY & BENNETT, 33 South Sixth Street, Suite 3400, Minneapolis, MN 55402, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 24, 2002  
at Minneapolis, Minnesota.

                                            JOHN R. TUNHEIM  
                                            United States District Judge

FILED DEC 24 2002  
RICHARD D. SLETTEN, CLERK  
JUDGMENT ENTD_____  
DEPUTY CLERK_____